

# EARNINGS STATEMENT (US)

**HOME DEPOT U.S.A., INC.**
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 350109-14

| | |
|---|---|
| PAY PERIOD BEGIN: | 07/11/2022 |
| PAY PERIOD END: | 07/24/2022 |
| ADVICE DATE: | 07/29/2022 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 07/24/2022: | 4:00 HOURS |
| AVAILABLE VACATION AS OF 07/24/2022: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 07/24/2022: | 0:00 HOURS |

| ASSOCIATE NAME: | JOHN L LOVETT | ASSOCIATE ID: | 117372946 |
|---|---|---|---|

| | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 0 | GROSS WAGES: 1,200.00 |
| | | | | NET WAGES: 1,023.35 |
| STATE | | 0 | 0 | NET PAY: 1,023.35 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

## GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | 07/11/2022-07/17/2022 | 15.00 | 32.00 | 480.00 | |
| REGULAR | 07/18/2022-07/24/2022 | 15.00 | 40.00 | 600.00 | 7,500.00 |
| OT PREMIUM | | | | | 7.51 |
| OVERTIME | | | | | 15.00 |
| HOLIDAY PAY | | | | | 240.00 |
| SICK/PERS | 07/11/2022-07/24/2022 | 15.00 | 8.00 | 120.00 | 120.00 |
| HOMER AWRD | | | | | 50.00 |
| TOTAL WORKED HOURS: | | | 72.00 | | |
| TOTAL GROSS WAGES: | | | | 1,200.00 | 7,932.51 |

## EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

## PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| MED | 56.00 | 166.00 |
| VISION FT | 9.31 | 27.93 |
| MED PYMT PLN | 6.69 | 20.07 |
| DENTAL FT | 16.00 | 48.00 |
| TOTAL: | 88.00 | 262.00 |

## AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| BASIC LIFE | 0.94 | 2.82 |
| CRITICAL ILL | 2.65 | 7.95 |
| STD | | 24.00 |
| LTD | | 11.40 |
| TOTAL: | 3.59 | 46.17 |

## TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| OASDI | 68.94 | 475.57 |
| MEDICARE | 16.12 | 111.22 |
| FEDERAL WITHHOLDING | 0.00 | 153.68 |
| STATE TAX - GA | 0.00 | 102.42 |

1

## TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| TOTAL: | 85.06 | 842.89 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******5386 | ****** | ****** | 1,023.35 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

     
  


## EARNINGS STATEMENT (US)



HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 350109-14

| | |
|---|---|
| PAY PERIOD BEGIN: | 06/27/2022 |
| PAY PERIOD END: | 07/10/2022 |
| ADVICE DATE: | 07/15/2022 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 07/10/2022: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 07/10/2022: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 07/10/2022: | 0:00 HOURS |

| ASSOCIATE NAME: | JOHN L LOVETT | | | ASSOCIATE ID: | | 117372946 |
|---|---|---|---|---|---|---|
| | | ALLOWANCES | ADD'L W/H | GROSS WAGES: | | 1,331.26 |
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 0 | NET WAGES: | | 1,144.56 |
| STATE | | 0 | 0 | NET PAY: | | 1,144.56 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

### GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | 06/27/2022-07/03/2022 | 15.00 | 40.00 | 600.00 | |
| REGULAR | 07/04/2022-07/10/2022 | 15.00 | 40.00 | 600.00 | 6,420.00 |
| OT PREMIUM | 06/27/2022-07/03/2022 | 7.52 | 0.25 | 1.88 | |
| OT PREMIUM | 07/04/2022-07/10/2022 | 7.52 | 0.25 | 1.88 | 7.51 |
| OVERTIME | 06/27/2022-07/03/2022 | 15.00 | 0.25 | 3.75 | |
| OVERTIME | 07/04/2022-07/10/2022 | 15.00 | 0.25 | 3.75 | 15.00 |
| HOLIDAY PAY | 06/27/2022-07/10/2022 | 15.00 | 8.00 | 120.00 | 240.00 |
| HOMER AWRD | | | | | 50.00 |
| TOTAL WORKED HOURS: | | | 80.50 | | |
| TOTAL GROSS WAGES: | | | | 1,331.26 | 6,732.51 |

### EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

### PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| MED | 56.00 | 110.00 |
| VISION FT | 9.31 | 18.62 |
| MED PYMT PLN | 6.69 | 13.38 |
| DENTAL FT | 16.00 | 32.00 |
| TOTAL: | 88.00 | 174.00 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| BASIC LIFE | 0.94 | 1.88 |
| CRITICAL ILL | 2.65 | 5.30 |
| STD | | 24.00 |
| LTD | | 11.40 |
| TOTAL: | 3.59 | 42.58 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| OASDI | 77.08 | 406.63 |
| MEDICARE | 18.03 | 95.10 |
| FEDERAL WITHHOLDING | 0.00 | 153.68 |
| STATE TAX - GA | 0.00 | 102.42 |

1

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| TOTAL: | 95.11 | 757.83 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******5386 | ****** | ****** | 1,144.56 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |



# EARNINGS STATEMENT (US)

| | | |
|---|---|---|
| HOME DEPOT U.S.A., INC.<br>2455 PACES FERRY ROAD B3<br>Atlanta, GA 30339 4024<br>1-866-698-4347<br>Business ID: 350109-14 | PAY PERIOD BEGIN:<br>PAY PERIOD END:<br>ADVICE DATE:<br>ADVICE NUMBER:<br>AVAILABLE SICK AS OF 06/26/2022:<br>AVAILABLE VACATION AS OF 06/26/2022:<br>AVAILABLE SUPP SICK AS OF 06/26/2022: | 06/13/2022<br>06/26/2022<br>07/01/2022<br>0<br>0:00 HOURS<br>0:00 HOURS<br>0:00 HOURS |

| ASSOCIATE NAME: | JOHN L LOVETT | ASSOCIATE ID: | 117372946 |
|---|---|---|---|

| | ALLOWANCES | ADD'L W/H | GROSS WAGES: | 1,257.50 |
|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 0 | NET WAGES: | 1,078.28 |
| STATE | | 0 | 0 | NET PAY: | 1,078.28 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM") . YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

### GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | 06/13/2022-06/19/2022 | 15.00 | 39.75 | 596.25 | |
| REGULAR | 06/20/2022-06/26/2022 | 15.00 | 40.00 | 600.00 | 5,220.00 |
| OT PREMIUM | 06/20/2022-06/26/2022 | 7.50 | 0.50 | 3.75 | 3.75 |
| OVERTIME | 06/20/2022-06/26/2022 | 15.00 | 0.50 | 7.50 | 7.50 |
| HOLIDAY PAY | | | | | 120.00 |
| HOMER AWRD | 06/13/2022-06/19/2022 | | | 50.00 | 50.00 |
| TOTAL WORKED HOURS: | | | 80.25 | | |
| TOTAL GROSS WAGES: | | | | 1,257.50 | 5,401.25 |

### EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

### PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| MED | 54.00 | 54.00 |
| VISION FT | 9.31 | 9.31 |
| MED PYMT PLN | 6.69 | 6.69 |
| DENTAL FT | 16.00 | 16.00 |
| TOTAL: | 86.00 | 86.00 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| BASIC LIFE | 0.94 | 0.94 |
| CRITICAL ILL | 2.65 | 2.65 |
| STD | | 24.00 |
| LTD | | 11.40 |
| TOTAL: | 3.59 | 38.99 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| OASDI | 72.64 | 329.55 |
| MEDICARE | 16.99 | 77.07 |
| FEDERAL WITHHOLDING | 0.00 | 153.68 |
| STATE TAX - GA | 0.00 | 102.42 |
| TOTAL : | 89.63 | 662.72 |

1

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******5386 | ****** | ****** | 1,078.28 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

